Richard M. Garbarini
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor,
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SIMON J. BURCHETT PHOTOGRAPGHY,     Case No.: 19-cv-8212
INC.,

                Plaintiff,       **PLAINTIFF'S NOTICE OF**
                                             **VOLUNTARY DISMISSAL WITH**
             v.                    **PREJUDICE PURSUANT TO**
                                             **FED.R.CIV.P 41(a)(1)(A)(i)**

AMERICAN INSTITUTE FOR ECONOMIC
RESEARCH a/k/a AIER,

                Defendant.
-------------------------------------------------------------x

       Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-

captioned matter is dismissed with prejudice. Each side shall bear its own attorneys' fees and

costs incurred in this action.

Dated: November 13, 2019         **GARBARINI FITZGERALD P.C.**
       New York, New York

      By: *Richard M. Garbarini*
           Richard M. Garbarini (RG 5496)